ERNEST JONES AND DOMINICA JONES

VERSUS

ALEXANDER STAG AND PRIVILEGE
UNDERWRITERS RECIPROCAL EXCHANGE

NO. 24-C-488

FIFTH CIRCUIT

COURT OF APPEAL

STATE OF LOUISIANA

FIFTH CIRCUIT COURT OF APPEAL
A TRUE COPY OF DOCUMENTS AS
SAME APPEARS IN OUR RECORDS

Linda Wiseman
First Deputy, Clerk of Court

January 28, 2025

Linda Wiseman
First Deputy Clerk

**IN RE** ALEXANDER STAG AND PRIVILEGE UNDERWRITERS RECIPROCAL EXCHANGE

**APPLYING FOR** SUPERVISORY WRIT FROM THE FORTIETH JUDICIAL DISTRICT COURT, PARISH OF ST JOHN THE BAPTIST, STATE OF LOUISIANA, DIRECTED TO THE HONORABLE VERCELL FIFFIE, DIVISION "A", NUMBER 81,513

Panel composed of Judges Jude G. Gravois,
Marc E. Johnson, and John J. Molaison, Jr.

**WRIT DENIED**

Relators, Alexander Stag and Privilege Underwriters Reciprocal Exchange ("PURE"), seek review of the trial court's September 26, 2024 judgment that granted the motion to compel the corporate deposition of PURE, filed by Respondents, Ernest and Dominica Jones, and denied Relators' motion for protective order. They argue that allowance of the corporate deposition to proceed is a direct contraction of the purely procedural purpose of the Louisiana Direct Action Statute, La. R.S. 22:1269, is unduly burdensome and harassing, and will force it to disgorge information, including litigation strategy, privileged information and internal claims handling information that is of no significance. They further argue that Respondents' discovery requests unabashedly seeks information that is protected by privilege and/or reflects the mental impression of counsel, seeks the premature disgorgement of the defense's witnesses and exhibits, and seeks information that is

not relevant. They contend that a protective order must be issued to prevent an abuse of the discovery process by Respondents.

In ruling on discovery matters, the trial court is vested with broad discretion, and an appellate court should not disturb such rulings absent a clear abuse of discretion. *Danos v. Minnard*, 19-268 (La. App. 5 Cir. 8/28/19), 279 So.3d 486, 490.

Upon review, on the showing made, we find no clear abuse of discretion by the trial court, nor a sufficient basis upon which to disturb the trial court's rulings. Accordingly, the writ application is denied.

Gretna, Louisiana, this 28th day of January, 2025.

**MEJ**
**JGG**
**JJM**

SUSAN M. CHEHARDY
CHIEF JUDGE

FREDERICKA H. WICKER
JUDE G. GRAVOIS
MARC E. JOHNSON
STEPHEN J. WINDHORST
JOHN J. MOLAISON, JR.
SCOTT U. SCHLEGEL
TIMOTHY S. MARCEL

JUDGES

CURTIS B. PURSELL
CLERK OF COURT

SUSAN S. BUCHHOLZ
CHIEF DEPUTY CLERK

LINDA M. WISEMAN
FIRST DEPUTY CLERK

MELISSA C. LEDET
DIRECTOR OF CENTRAL STAFF

(504) 376-1400
(504) 376-1498 FAX



FIFTH CIRCUIT

101 DERBIGNY STREET (70053)

POST OFFICE BOX 489

GRETNA, LOUISIANA 70054

www.fifthcircuit.org

## NOTICE OF DISPOSITION CERTIFICATE OF DELIVERY

I CERTIFY THAT A COPY OF THE DISPOSITION IN THE FOREGOING MATTER HAS BEEN
TRANSMITTED IN ACCORDANCE WITH **UNIFORM RULES - COURT OF APPEAL, RULE 4-6** THIS
DAY **01/28/2025** TO THE TRIAL JUDGE, THE TRIAL COURT CLERK OF COURT, AND AT LEAST ONE OF
THE COUNSEL OF RECORD FOR EACH PARTY, AND TO EACH PARTY NOT REPRESENTED BY
COUNSEL, AS LISTED BELOW:

**CURTIS B. PURSELL**
CLERK OF COURT

**24-C-488**

### E-NOTIFIED
40th District Court (Clerk)
Honorable Vercell Fiffie (DISTRICT JUDGE)
Tori S. Bowling (Relator)

### MAILED
Gilbert V. Andry, IV (Respondent)
Attorney at Law
829 Baronne Street
New Orleans, LA 70113

Sydnee D. Menou (Relator)
Brandi A. Barze (Relator)
Attorneys at Law
Post Office Box 1151
Baton Rouge, LA 70821